IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00608-MSK-CBS

WILDEARTH GUARDIANS,

    Plaintiff,

v.

NATIONAL PARK SERVICE,

    Defendant.

---

## ORDER SETTING HEARING UNDER FED.R.CIV.P. 16

---

    THIS MATTER comes before the Court upon a Complaint filed by the Plaintiff seeking Declaratory and Injunctive Relief. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary. **This is not a scheduling conference; do not submit a proposed scheduling order.**

    **IT IS ORDERED**:

(1)    A hearing is set for **May 28, 2008, at 1:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars and be prepared to address scheduling issues.

(2)    If the Defendant(s) has/have not been served with the Summons and Complaint, this Order shall be served together with the Summons and Complaint within ten (10) days of the date of this Order.

DATED this 27th day of March, 2008.

    **BY THE COURT:**

_Marcia S. Krieger_
_____
Marcia S. Krieger
United States District Judge