# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-00608-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** November 10, 2008 | **Courtroom Deputy:** Cathy Coomes |

| | |
|---|---|
| WILDEARTH GUARDIANS, | Brianna Kay Bond |
| | Kathleen Brady |
| Plaintiff, | Allison Easley |
| | Rob Edward |
| v. | |
| NATIONAL PARK SERVICE, | Joseph Hosu Kim |
| | Margo Zallen |
| Defendant. | Terese Johnson |
| SAFARI CLUB INTERNATIONAL and | |
| SAFARI CLUB INTERNATIONAL FOUNDATION, | |
| Interested Parties. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 2:14 p.m.
Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiff's Opposed Motion to Supplement the Administrative Record (Doc. #47, filed 9/29/08).

**ORDERED:** For reasons stated on the record, Plaintiff's Opposed Motion to Supplement the Administrative Record (Doc. #47, filed 9/29/08) is DENIED.

HEARING CONCLUDED.

**Court in recess**: 3:14 p.m.
Total time in court: 01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.