# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: November 20, 2008 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-00608-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| WILDEARTH GUARDIANS, | Brianna Bond |
| Plaintiff, | |
| v. | |
| NATIONAL PARK SERVICE, | Joseph Kim (by telephone) |
| Defendant. | |

# COURTROOM MINUTES

HEARING: Motions (#28, 43, 59)

**1:41 p.m.    Court in session.**

Counsel are present as listed above. Rob Edward, representative for plaintiff is present. Counsel Anna Seidman is present for Safari Club International and Safari Club International Foundation.

The Court addresses proposed intervenor's Motion to Alter Judgment (**Doc. #28**).

Argument by Ms. Seidman. No further argument from plaintiff's counsel.

Oral findings are made of record and incorporated herein.

**ORDER:** Proposed intervenor's Motion to Alter Judgment (**Doc. #28**) is **GRANTED** in part in as far as the Court has reconsidered the issues where reconsideration is appropriate and **DENIED** in part insofar as the Court finds that denial of the motion to intervene was correct.

The parties do not intend to contest the Magistrate Judge's ruling of November 10, 2008.

The Court addresses the briefing schedule.

**ORDER:** Plaintiff will file its initial brief by **December 10, 2008.**

              Defendant's response will be filed by **January 9, 2009.**
              Safari will file its amicus brief by **January 16, 2009**.
              Plaintiff's reply brief will be filed by **January 30, 2009.**

**ORDER:** Safari's Motions to Clarify (**Doc. #43**) and Unopposed Motion for Extension of Time (**Doc. #59**) are **DENIED as moot.**

**2:07 p.m.**     **Court in recess.**

**Total Time:**   **26 minutes.**
**Hearing concluded.**